AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  TINSLEY, DWANE L. | 2. Court or Organization  SOUTHERN DISTRICT, WEST VIRGINIA | 3. Date of Report  12/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

5408 ROBERT C. BYRD UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WV 25301

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | FORENSIC INSTITUTE, LLC |
| 2. | UNIVERSITY PROFESSOR | UNIVERSITY OF CHARLESTON |
| 3. | SOLE PROPRIETOR | ATTORNEY-SELF-EMPLOYED |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | NATIONWIDE RETIREMENT PLAN - DEFINED BENEFIT PENSION PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | UNIVERSITY OF CHARLESTON - SALARY/WAGE (TEACHING) | $7,667.00 |
| 2. 2017 | SELF-EMPLOYMENT INCOME (ATTORNEY - SEE NOTE 1) | $639.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HUNTINGTON BANK | PERSONAL LINE OF CREDIT | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #2, FAYETTEVILLE, WV | A | Rent | J | W | | | | | |
| 2. FORENSIC INSTITUTE, LLC (S-CORPORATION) | | None | J | U | | | | | |
| 3. BB&T CHECKING ACCOUNT #1 | A | Interest | M | T | | | | | |
| 4. HUNTINGTON BANK CHECKING ACCOUNT #1 | A | Interest | N | T | | | | | |
| 5. HUNTINGTON BANK CHECKING ACCOUNT #3 | A | Interest | M | T | | | | | |
| 6. HUNTINGTON BANK CHECKING ACCOUNT #4 | | None | K | T | | | | | |
| 7. COMPUTERSHARE - METLIFE POLICYHOLDERS TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. (H) NATIONAL FINANCIAL SERVICES BROKERAGE ACCOUNT | | | | | | | | | |
| 9. - ISHARES TR MSCI EAFE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. - ISHARES TR RUSSELL MIDCAP GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. - ISHARES TR RUSSELL MIDCAP VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. - ISHARES TR RUSSELL 1000 GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. - ISHARES TR RUSSELL 1000 VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. - ISHARES TR RUSSELL 2000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. - ISHARES TR RUSSELL 2000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. - NFS SWEEP MONEY MARKET ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. LINCOLN NATIONAL LIFE INS CO LINCOLN COVERED CHOICE 5 INDEXED ANNUITY | | None | M | T | Buy | 11/01/17 | M | | |
| 18. (H) AMERICAN STOCK TRANSFER & TRUST COMPANY | | | | | | | | | |
| 19. - COLUMBIA PROPERTY TRUST INC. REIT | A | Dividend | K | T | | | | | |
| 20. | A | Distribution | | | | | | | |
| 21. (H) 401K - ADP | | | | | | | | | |
| 22. - T. ROWE PRICE RETIREMENT 2020 FUND | | None | | | Sold | 10/19/17 | K | | |
| 23. (H) JOHN HANCOCK LIFE INSURANCE COMPANY | | | | | | | | | |
| 24. - LIFESTYLE BALANCED VARIABLE ANNUITY | | None | | | Sold | 10/24/17 | M | | |
| 25. (H) IRA #1 - JOHN HANCOCK LIFE INSURANCE COMPANY | | | | | | | | | |
| 26. - LIFESTYLE GROWTH VARIABLE ANNUITY | | None | | | Sold | 10/23/17 | K | | |
| 27. - LIFESTYLE MODERATE VARIABLE ANNUITY | | None | | | Sold | 10/23/17 | L | | |
| 28. (H) IRA #2 - NATIONWIDE DESTINATION B VARIABLE ANNUITY | | | | | | | | | |
| 29. - NW NVIT INV DEST CAPAPP II | | None | L | T | | | | | |
| 30. (H) IRA #3 - JANNEY MONTGOMERY SCOTT | | | | | | | | | |
| 31. - DREYFUS CASH MANAGEMENT 288 MONEY MARKET FUND | | None | | | Sold | 06/26/17 | J | | |
| 32. - SPDR GOLD TRUST GOLD SHARES | | None | | | Sold | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. - ISHARES CORE S&P SMALL CAP ETF COMMON STOCK | | None | | | Sold | 04/11/17 | J | A | |
| 34. - ISHARES CORE S&P MIDCAP ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |
| 35. - ISHARES INC CURRENCY HEDGED MSCI EMERGING NKTS ETF | | None | J | T | Buy (add'l) | 02/21/17 | J | | |
| 36. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 37. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 38. - ISHARES NASDAQ BIOTECHNOLOGY ETF | | None | | | Sold | 11/29/17 | J | A | |
| 39. - ISHARES RUSSELL 2000 INDEX ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |
| 40. | | | | | Sold (part) | 07/13/17 | J | A | |
| 41. - ISHARES US HOME CONSTRUCTION ETF | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |
| 42. | | | | | Sold (part) | 10/04/17 | J | A | |
| 43. - SECTOR ENERGY SELECT SECTOR SPDR ETF | | None | | | Sold | 03/08/17 | J | A | |
| 44. - SPDR S&P 500 ETF COMMON STOCK | | None | J | T | Sold (part) | 02/21/17 | J | B | |
| 45. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 46. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 47. | | | | | Sold (part) | 07/13/17 | J | A | |
| 48. - VANGUARD REIT INDEX ETF | A | Dividend | J | T | Sold (part) | 02/21/17 | J | A | |
| 49. | | | | | Buy (add'l) | 10/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - WISDOMTREE JAPAN HEDGED EQUITY FD ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 51. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 52. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 53. - ISHARES BARCLAYS 1-3 YR CREDIT BOND ETF COMMON STOCK | | None | | | Sold | 02/21/17 | J | A | |
| 54. - PIMCO TOTAL RETURN ETF COMMON STOCK N/K/A PIMCO ACTIVE BOND ETF | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 55. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 56. - POWERSHARES SENIOR LOAN PORT ETF COMMON STOCK | | None | | | Sold | 09/12/17 | J | | |
| 57. - WISDOMTREE TRUST EUROPE HEDGED EQUITY FUND ETF | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 58. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 59. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 60. - MARKET VECTORS INT HIGH YIELD BOND ETF | | None | | | Sold | 04/06/17 | J | | |
| 61. - SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | | None | | | Sold | 02/21/17 | J | | |
| 62. - FIRST TRUST IV TACTICAL HIGH YIELD ETF | A | Dividend | J | T | Buy (add'l) | 02/21/17 | J | | |
| 63. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 64. - ISHARES US PREFERRED STOCK ETF | | None | | | Sold | 02/21/17 | J | A | |
| 65. - ISHARES NORTH AMERICAN TECH SOFTWARE ETF | A | Dividend | J | T | Buy | 11/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. - POWERSHARES ETF VAR RATE PFD PORTFOLIO | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 67. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 68. - SECTOR INDUSTRIAL SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 69. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 70. - SPDR S&P CAPITAL MARKETS ETF | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 71. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 72. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 73. - VANECK VECTORS FALLEN ANGEL HIGH YIELD ETF | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 74. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 75. - VANECK VECTORS UNCONVENTIONAL OIL & GAS ETF | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 76. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 77. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 78. - BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY INDEX TOTAL RETURN ETN | | None | J | T | Buy | 12/12/17 | J | | |
| 79. - PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | J | T | Buy | 02/21/17 | J | | |
| 80. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 81. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | J | T | Buy | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 83. - AMERICAN EXPRESS CENTURION | A | Interest | J | T | Open | 06/26/17 | J | | |
| 84. - POWERSHARES DYNAMIC MEDIA ETF | | None | | | Buy | 02/21/17 | J | | |
| 85. | | | | | Sold | 06/21/17 | J | | |
| 86. - VANECK VECTORS OIL SERVICES ETF | | None | | | Buy | 03/08/17 | J | | |
| 87. | | | | | Sold | 06/21/17 | J | | |
| 88. (H) IRA #4 - LPL FINANCIAL | | | | | | | | | |
| 89. - NAVIOS MARITIME HLDGS COMMON STOCK | | None | J | T | | | | | |
| 90. - SCHLUMBERGER LTD SLB | | None | | | Sold | 07/13/17 | J | | |
| 91. - CELGENE CORP | | None | J | T | | | | | |
| 92. - GILEAD SCIENCES INC | A | Dividend | J | T | | | | | |
| 93. - KROGER COMPANY INC | | None | | | Sold | 07/13/17 | J | | |
| 94. - WESBANCO INC | | None | | | Sold | 07/13/17 | J | A | |
| 95. - ENCANA CORP | A | Dividend | J | T | | | | | |
| 96. - WEATHERFORD INTL PLC | | None | J | T | | | | | |
| 97. - AMAZON.COM INC | | None | J | T | Buy | 07/13/17 | J | | |
| 98. - APPLE INC | A | Dividend | J | T | Buy | 07/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 12/14/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. - FACEBOOK INC CL A | | None | J | T | Buy | 07/13/17 | J | | |
| 100. - NETFLIX INC | | None | J | T | Buy | 07/13/17 | J | | |
| 101. - NVIDIA CORP | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 102. (H) IRA #5 - HUNTINGTON PREMIERE SELECT IRA | | | | | | | | | |
| 103. - FIDELITY TREASURY MMKT FD DAILY MONEY | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 104. - VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 105. - VANGUARD INDEX FDS VANGUARD GROWTH ETF | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 106. - VANGUARD INDEX FDS VANGUARD SMALL CAP VIPERS FORMERLY VANGUARD INDE | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 107. - VANGUARD INDEX FDS VANGUARD VALUE ETF | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 108. - VANGUARD INTL EQUITY INDEX FUND INC FTSE EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 109. - VANGUARD BD INDEX FD INC INTERMEDIATE TERM BD ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 110. - VANGUARD BD INDEX FD INC LONG TERM BD ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 111. - VANGUARD BD INDEX FD INC SHORT TERM BD ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 112. - VANGUARD CHARLOTTE TOTAL INTL BD INDEX FD ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 113. - VANGUARD SCOTTSDALE FDS VANGUARD MTG-BACKED SECS IDX FD ETF | A | Dividend | J | T | Buy | 10/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1. PART III-A, LINE 2: DURING THE YEAR, THE REPORTING INDIVIDUAL RECEIVED INCOME REPORTED ON A 1099-MISC FROM A LOCAL LAW FIRM. THIS INCOME WAS THE RESULT OF A REFERRAL FEE ON A CLASS-ACTION LAWSUIT THAT WAS INITIATED PRIOR TO THE REPORTING INDIVIDUAL'S APPOINTMENT AS A FEDERAL MAGISTRATE JUDGE.

NOTE 2. PART II: DURING THE YEAR, THE REPORTING INDIVIDUAL ROLLED OVER THE ENTIRE BALANCE OF A 401-K PLAN WITH FORMER EMPLOYER, HENDRICKSON & LONG, PLLC, HELD THROUGH ADP RETIREMENT SERVICES (SEE PART VII, LINE 21) TO AN EXISTING NON-EMPLOYER IRA HELD THROUGH JANNEY MONTGOMERY SCOTT LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ DWANE L. TINSLEY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544